IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RASHIDA GRIFFIN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | |
| NATIONAL CREDIT SYSTEMS, INC., and | § | |
| Fictitious Defendants 1-10, | § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF REMOVAL**

COMES NOW Defendant National Credit Systems, Inc. ("NCS"), by and through its counsel of record, pursuant to 28 U.S.C. §§ 1441(a), 1446 and 1331, and hereby gives notice of its removal of Docket No. 01-CV-2025-903356.00; in the Circuit Court of Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, on the basis of federal question jurisdiction.

Defendant NCS, asserts the following facts in support of its removal of the state court action:

1.      Plaintiff Rashida Griffin commenced the state court action on or about August 12, 2025, by filing her Civil Complaint in the Circuit Court of Jefferson County, Alabama, Docket No. 01-CV-2025-903356.00.  See copy of Plaintiff's Civil Complaint attached hereto as Exhibit "A."

2.      Defendant NCS received a copy of the Civil Action Hearing Notice and the Civil Complaint through certified mail no earlier than August 18, 2025.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Defendant National Credit Systems, Inc., in the state court action (along with other documents from the state-court docket, if any) are being filed with this Notice of Removal. See Exhibit "B."

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within the 30 days of Defendant NCS's receipt through service of process of the Civil Complaint.

5. The Circuit Court of Jefferson County, Alabama is located within the United States District Court for the Northern District of Alabama. Thus, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because Plaintiff has claimed in his Civil Complaint that Defendant NCS violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, *et. seq*. and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681. *et. seq*.

7. Pursuant to 28 U.S.C. §1446(d), a copy of the Notice of Removal filed with the Circuit Court of Jefferson County, Alabama, is attached hereto as Exhibit "C" and proof of service on Plaintiff's Counsel is attached hereto as Exhibit "D."

8. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved, including, without limitation, defenses pertaining to personal jurisdiction and service of process.

9. Plaintiff has also sued "Fictitious Defendants 1-10." But Plaintiff has neither properly named nor properly served such defendants for Defendant NCS to obtain their joinder or counsel to this removal. *See* 28 U.S.C. § 1446(b)(2).

10.     Defendant NCS will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

WHEREFORE, Defendant National Credit Systems, Inc., hereby removes this action from the Circuit Court of Jefferson County, Alabama to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446.

Dated:  September 17, 2025

Respectfully submitted,

By:    s/ William P. Traylor
           WILLIAM P. "TREY" TRAYLOR
           ALA. BAR #5762R79W

William P. Traylor
Attorney at Law, LLC
PO Box 130993
Birmingham, AL 35213
205-602-7308

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

On September 17, 2025, I electronically submitted the foregoing document with the clerk of court for the Circuit Court of Jefferson County, Alabama using the electronic case filing system of the court and served the document to all counsel as follows:

Maurice J. Scott Sr., Esq.        VIA EMAIL: MSCOTT@UNITEDLEGALTEAM.COM
3125 University Dr. NW,
STE B
Huntsville, Alabama 35816
ATTORNEY FOR PLAINTIFF

By:    s/ William P. Traylor
           WILLIAM P. "TREY" TRAYLOR

3